ROBERSON *v.* SPEER BROTHERS *et al.*

FISH, C. J.  The evidence was conflicting on all material issues.  The trial judge did not abuse his discretion in refusing to grant an interlocutory injunction.  *Judgment affirmed.  All the Justices concur.*

JULY 11, 1917.

Petition for injunction.  Before Judge Summerall.  Appling superior court.  July 11, 1916.

*W. W. Bennett,* for plaintiff in error.  *Padgett & Watson,* contra.